IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-CV-00847-TDS-JEP

| | |
|---|---|
| CHRISTEL ENGLAND, KAREN MEYERS AND ANGELA JOYNER-PERRY, individually and on behalf of all other similarly situated, | ) |
| Plaintiffs. | ) |
| v. | ) |
| SELENE FINANCE, LP, | ) |
| Defendant. | ) |

**DEFENDANT SELENE FINANCE LP'S NOTICE REGARDING DECLARATION AND EXHIBITS**

Defendant Selene Finance LP ("Selene") respectfully files this Notice to clarify, as needed, that the Declaration of Amanda Harvey and attendant Exhibits, filed as a sealed version at Doc. Nos. 57-63, and as an unsealed version at Doc. Nos. 66-69, are filed in support of and incorporated with regard to both Selene's Motion for Summary Judgment and Memorandum in Support, Doc. Nos. 55 and 56, and Response in Opposition to Class Certification, Doc. No. 64.

This the 31st day of August, 2026.

**TROUTMAN PEPPER LOCKE LLP**

By: /s/ *D. Kyle Deak*

D. Kyle Deak
NC Bar No.: 35799
301 S. College Street, 34th Floor
Charlotte, NC 28202
Tel: 919-835-4133
kyle.deak@troutman.com